UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BASHIE LOWENBEIN and DOVI LOWENBEIN on behalf of themselves and all similarly situated consumers,**<br><br>         Plaintiffs,<br>    vs.<br><br>**CLIENT SERVICES, INC.,**<br><br>         Defendant. | CIVIL ACTION NO.<br><br>1:11-CV-05779-BMC<br><br>NOTICE OF APPEARANCE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant, **CLIENT SERVICES, INC.**

I certify that I am admitted to practice in this court.

Date:  January 6, 2012              /s/
                                    Signature

                                    JEFFREY J. IMERI, ESQ.         (JI 3938)
                                    Print Name                     Bar Number

                                    140 BROADWAY, 19TH FLOOR
                                    Address

                                    NEW YORK, NY 10005
                                    City State Zip Code

                                    (212) 878-1708        (212) 878-1701
                                    Phone Number          Fax Number

                                    JJImeri@mdwcg.com