**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

March 16, 2012

<u>VIA ECF</u>
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Lowenbein et al v. Client Services**
         **11 CV 5779 (BMC)**

Dear Judge Cogan:

I represent the plaintiff in the above matter.  I am pleased to inform Your Honor that the parties have resolved the matter.  Being that I will be leaving the country on March 26, the parties have agreed that the undersigned will receive the settlement funds by March 20, 2012.  Therefore, I believe the Court is in a position to close the matter leaving the parties the opportunity to reopen same if the matter is not consummated.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:     Jeffrey J. Imeri, Esq.